SEDGWICK, DETERT, MORAN & ARNOLD LLP
ROBERT F. HELFING  Bar No. 90418
robert.helfing@sdma.com
HEATHER L. MCCLOSKEY   Bar No.  193239
heather.mccloskey@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant Bob Tajali,
individually and dba Computer Center

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation.<br><br>Plaintiff,<br><br>v.<br><br>BOB TAJALI, an individual d/b/a COMPUTER CENTER; and BOB TAJALI, an individual,<br><br>Defendants. | CASE NO. CV08-03757 ABC (RMCx)<br><br>[PROPOSED] ORDER GRANTING AMENDMENT TO STIPULATED PROTECTIVE ORDER<br><br>Amendment To Stipulated Protective Order filed concurrently herewith |

Pursuant to the Amendment to the Stipulated Protective Order of plaintiff Microsoft Corporation and defendant Bob Tajali, an individual and doing business as Computer Center, and good cause appearing therefore, the following Amendment to Stipulated Protective Order is herby entered:

The terms and conditions of the Stipulated Protective Order entered by the Court on December 10, 2008 shall be amended as follows:

Paragraphs 3(e) and 4(d) shall be amended to read: "any witnesses who appear for deposition or trial in this matter and their counsel of record, during the

1  course of their testimony, upon the witness being advised of the need and agreeing
2  to keep the RECORDS confidential[.]"
3
4       All other provisions of the Stipulated Protective Order shall remain in full
5  force and effect as previously entered.
6
7  Dated:  May 7, 2009              _____/s/ Rosalyn M. Chapman_____
8                                   Honorable Rosalyn M. Chapman
                                    UNITED STATES MAGISTRATE JUDGE

LA/905126v1